### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

Paula Jean Surles                                                               Plaintiff
on behalf of R.E.S., a minor child

v.                              No. 3:14CV00244 BSM-JTR

Carolyn W. Colvin, Acting Commissioner,
Social Security Administration                                         Defendant

### <u>ORDER FOR AMENDED COMPLAINT</u>

This order addresses an error in the pleadings for this case. Paula Jean Surles

filed this case to seek judicial review of the denial of her application for supplemental

security income for her minor daughter, R.E.S. The complaint names R.E.S. as the

plaintiff, but R.E.S. lacks capacity to sue. In addition, the complaint does not comply

with Federal Rule of Civil Procedure 5.2 directing parties to protect a child's privacy

by identifying her by initials.

To correct these matters, the court directs Surles to file an amended complaint

to reflect herself as the plaintiff and to refer to R.E.S. by initials. Surles may make no

substantive changes to her complaint. Surles must file her complaint by December 30,

2015.

In lieu of filing an answer to the amended complaint, the Commissioner may

notify the court of her intent to rely on her earlier pleadings.

It is so ordered this 14th day of December, 2015.

_____
United States Magistrate Judge