**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PAULA JEAN SURLES**                                                                                 **PLAINTIFF**
**on behalf of RES, a minor child**

v.                                    **CASE NO. 3:14-CV-00244 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                           **DEFENDANT**

### ORDER

The recommended disposition ("RD") from U.S. Magistrate Judge J. Thomas Ray has been reviewed. No objections have been filed. After careful review, the RD is adopted. Accordingly, the commissioner's decision is reversed and the case is remanded to the commissioner for further proceedings pursuant to "sentence four." *See* 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 11th day of February 2016.

_____
UNITED STATES DISTRICT JUDGE