**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PAULA JEAN SURLES**                                                                              **PLAINTIFF**
**on behalf of RES, a minor child**

**v.**                         **CASE NO. 3:14-CV-00244 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, judgment is entered for the plaintiff. The commissioner's decision is reversed and this case is remanded for further proceedings pursuant to "sentence four."

IT IS SO ORDERED this 11th day of February 2016.

_____
UNITED STATES DISTRICT JUDGE