**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PAULA JEAN SURLES**                                                                    **PLAINTIFF**
**on behalf of RES, a minor child**

**v.**                          **CASE NO. 3:14-CV-00244 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                       **DEFENDANT**

## ORDER

Plaintiff Paula Jean Surles's unopposed motion for attorney's fees pursuant to 28 U.S.C. § 2412(d) [Doc. No. 17] is granted. Accordingly, defendant is ordered to pay $6,510 in attorney's fees to Surles. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (holding that attorney's fees award pursuant to section 2412 is payable to social security claimant rather than attorney).

IT IS SO ORDERED this 11th day of May 2016.

_____
UNITED STATES DISTRICT JUDGE